**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| David Buchanan, ) | CV 11-1621-PHX-JAT |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Hahn, et al., ) | |
| ) | |
| Defendant. ) | |
| ) | |

For the reasons stated in this Court's order of July 10, 2012 (Doc. 19),

IT IS ORDERED denying the motion for reconsideration (Doc. 23) and denying the motion for case status (Doc. 22).[1]

DATED this 6th day of August, 2012.

James A. Teilborg
United States District Judge

---

[1] Because the Clerk's office did not have a current address for Plaintiff, it appears Plaintiff did not received the July 10, 2012 order. (Doc. 20). That order was re-mailed to Plaintiff on July 30, 2012.